**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daniel Hojlo <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-16102 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage as servicer for U.S. Bank National Association, as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 and index same on the master mailing list.

                                              Respectfully submitted,

                                              **/s/ Rebecca A. Solarz, Esq**
                                              Rebecca A Solarz, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322