UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF PENNSYLVANIA

In Re:  : Chapter 13
    Daniel Hojlo  :
        Debtor  :
  : Bankruptcy No. 18-16102-ELF
  :
  : Motion for Extension of Time
  : to File Chapter 13 Schedules and
  : Other Required Documents

ORDER GRANTING ADDITIONAL TIME TO FILE
CHAPTER 13 SCHEDULES AND OTHER DOCUMENTS

It is **ORDERED** that the Debtor herein shall have until **October 16, 2018** to file the Chapter 13 Plan, Schedule A/B, Schedule C, Schedule G, Schedule H, Schedule I, Schedule J, Statement of Financial Affairs, Summary of Assets and Liabilities, Chapter 13 Statement of Current Monthly Income and Calculation Form 122C-1 and Means Test Calculation Form 122-C2 (if applicable)

Date:   9/27/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**