United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                            Case No. 18-16102-elf
Daniel Hojlo                                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina              Page 1 of 1                    Date Rcvd: Sep 27, 2018
                           Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db           +Daniel Hojlo,   607 Bellflower Boulevard,   Warrington, PA 18976-1658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
          JEFFERY A. FOURNIER   on behalf of Debtor Daniel  Hojlo jefffournier@verizon.net
          REBECCA ANN SOLARZ   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Et al.
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF PENNSYLVANIA

In Re:                                                    : Chapter 13
    Daniel Hojlo                              :
                    Debtor        :
                                         : Bankruptcy No. 18-16102-ELF
                                         :
                                         : Motion for Extension of Time
                                         :  to File Chapter 13 Schedules and
                                         : Other Required Documents

## ORDER GRANTING ADDITIONAL TIME TO FILE
## CHAPTER 13 SCHEDULES AND OTHER DOCUMENTS

It is **ORDERED** that the Debtor herein shall have until **October 16, 2018** to file the Chapter 13 Plan, Schedule A/B, Schedule C, Schedule G, Schedule H, Schedule I, Schedule J, Statement of Financial Affairs, Summary of Assets and Liabilities, Chapter 13 Statement of Current Monthly Income and Calculation Form 122C-1 and Means Test Calculation Form 122-C2 (if applicable)

Date:   9/27/18

                                              **ERIC L. FRANK**
                                              **U.S. BANKRUPTCY JUDGE**