**Fill in this information to identify the case:**

Debtor 1   Daniel Hojlo

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number   18-16102

Official Form 410S1

# Notice of Mortgage Payment Change                                                       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice    10/25/2018

**Last 4 digits** of any number you use to identify the debtor's account:   5978

**New total payment:**   $ 710.02
Principal, interest, and escrow, if any

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment:   $ _____      New escrow payment:   $ _____

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   Current interest rate:   _____%       New interest rate:   _____%
   Current principal and interest payment:  $ _____   New principal and interest payment:  $ _____

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

   Current mortgage payment:  $ 733.69         New mortgage payment:  $ 710.02

Debtor 1  Daniel  Hojlo
          First Name    Middle Name    Last Name

Case number *(if known)* 18-16102

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Leah R. Turner
   Signature

Date 10/02/2018

Print: Leah R. Turner

Title AVP, Bankruptcy Specialist

Company Bank of America

Address 4161 PIEDMONT PKWY
       Number    Street

GREENSBORO, NC  27410-8110
City    State    ZIP Code

Contact phone (336) 854-6458

Email leah.r.turner@bankofamerica.com

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA ( PHILADELPHIA DIVISION)

Chapter: 13  No. 18-16102

In re:  
Daniel Hojlo

Judge: ERIC L. FRANK

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 10/02/2018, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:   Daniel Hojlo  
          607 Bellflower Blvd  
          Warrington, PA 18976-1658

Debtor's Attorney:   JEFFERY A. FOURNIER  
                     2480B Durham Rd  
                     Bristol, PA 19007-6902

Trustee:   WILLIAM C. MILLER, ESQ.  
           PO Box 1229  
           Philadelphia, PA 19105-1229

/s/ Irene Zhao

LCI  
(as Authorized Agent for Bank of America N.A.)  
111 Anza Blvd Suite 310  
Burlingame, CA 94010  
650.342.9486 (x250)  
izhao@lciinc.com