UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13** |
| **Daniel Hojlo** | : | |
| **Debtor** | : | |
| | : | |
| | : | **Bankruptcy No. 18-16102-ELF** |
| | : | |
| | : | **Chapter 13 Plan (Initial)** |
| | : | **Dated October 2, 2018** |

## CERTIFICATION OF SERVICE

I, Jeffery A. Fournier, Esquire, hereby certify that I served a copy of the foregoing Initial Plan dated October 2, 2018 by first class mail, postage prepaid and/or electronically on October 4, 2018, on the persons and at the addresses described below:

U.S. Department of Justice
Office of the United States Trustee
Attn: Kevin P. Callahan, Esquire
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller, Trustee

Daniel Hojlo (Debtor)

Attached Matrix

/S/Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
2480-B Durham Road
Bristol, PA 19007
(215) 943-1873

Bank of America NA
P. O. Box 15227
Wilmington, DE  19886

Nationstar Mortgage
P. O. Box 60516
City of Industry, CA  91716

KML Law Group PC
BNY Independence Center, Suite 5000
701 Market Street
Philadelphia, PA  19106

Phelan Hallinan Diamond & Jones LLP
1617 JFK Blvd., Suite 1400
Philadelphia, PA  19103

U.S. Bank NA, Trustee for Bank of America
350 Highland Drive
Lewisville, TX  75067

PA. Dept. of Revenue
Dept. 280948
Harrisburg, PA  17128