UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:  Daniel Hojlo : | Chapter 13 |
| Debtor : |  |
| : | Bankruptcy No. 18-16102—ELF |
| : |  |
| : | Motion to Extend the Automatic Stay |
| : | Beyond the Thirty (30) Day Period |

**CERTIFICATION OF NO RESPONSE TO**
**MOTION TO EXTEND THE AUTOMATIC STAY BEYOND THIRTY (30) DAY PERIOD**

I, Jeffery A. Fournier, Esquire, attorney for Debtor, hereby certifies the following:

    1. That a Motion to Extend the Automatic Stay Beyond the Thirty (30) Day Period was filed on September 18, 2018.

    2. Notice of the Motion to Extend the Automatic Stay Beyond Thirty (30) Day Period was served upon all creditors and interested parties on or about September 18, 2018.

    3. There has been no response by creditors or interested parties.

**WHEREFORE**, I respectfully request that the Motion to Extend the Automatic Stay Beyond the Thirty (30) Day Period be granted.

Date:  10/8/2018

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor