UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :    Chapter 13
    Daniel Hojlo                     :
                                          :    Bankruptcy No. 18-16102-ELF
                                          :
                                          :    Application to Employ Realtor

## VERIFICATION OF REALTOR

1. I, Daniel P. Lacey, am a Licensed Real Estate Agent in the Commonwealth of Pennsylvania and I am in good standing as a Licensed Real Estate Agent in the Commonwealth of Pennsylvania.

2. I, Daniel P. Lacey, am a Licensed Real Estate Agent with Real/Pro Real Estate, LLC with a Licensed Pennsylvania Broker, Thomas Mirande, in good standing with the Commonwealth of Pennsylvania.

3. I have read and understand the Application to Approve Employment of Realtor and that the statements made are true and correct under penal of perjury of law.

4. I have no interest with any of the named creditors in the Debtor's Bankruptcy Petition.

_____  Date: 10/8/18
Daniel P. Lacey    (Agent)
for Real/Pro Real Estate, LLC