**Fill in this information to identify the case:**

Debtor 1  Daniel  Hojlo _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  EASTERN  DISTRICT OF PENNSYLVANIA _____

Case number    18-16102 _____

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.

**Court claim no**. (if known): _____

**Date of payment change:**
Must be at least 21 days after date
of this notice

11/25/2018 _____

**Last 4 digits** of any number you use to
identify the debtor's account: _____

5978 _____

**New total payment:**
Principal, interest, and escrow, if any

$ 779.66 _____

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment:   $ _____        New escrow payment:     $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

    Interest rate change for HELOC from a regular change in the applicable index, and rate change is reflected in normal monthly statement.

   Current interest rate: _____ 3.99 %        New interest rate: _____ 4.24 %

   Current principal and interest payment: $ 710.02 _____        New principal and interest payment: $ 779.66 _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)

      Reason for change: NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

   _____

   Current mortgage payment: $ 710.02 _____        New mortgage payment: $ 779.66 _____

Debtor 1    Daniel  Hojlo
            _____
            First Name      Middle Name        Last Name

Case number (*if known*) 18-16102
                         _____

---

| **Part 4:** | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/   Essa Gye
_____
     Signature

Date 11/01/2018
     _____

Print:     Essa Gye
           _____

Title   AVP; Bankruptcy Specialist
        _____

Company    Bank of America
           _____

Address    16001 N. Dallas Pkwy
           _____
           Number              Street

           Addison, TX  75001
           _____
           City                State      ZIP Code

Contact phone   (214) 209-5218
                _____

Email   essa.gye@bankofamerica.com
        _____

# UNITED STATES BANKRUPTCY COURT

EASTERN  DISTRICT OF PENNSYLVANIA ( PHILADELPHIA DIVISION)

Chapter:  13  No. 18-16102

Judge:  ERIC L. FRANK

In re:

Daniel  Hojlo

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 11/01/2018 , I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:         Daniel  Hojlo
                607 Bellflower Blvd
                Warrington, PA 18976-1658


Debtor's        JEFFERY A. FOURNIER
Attorney:       2480B Durham Rd
                Bristol, PA 19007-6902


Trustee:        WILLIAM C. MILLER, ESQ.
                PO Box 1229
                Philadelphia, PA 19105-1229


/s/ Irene Zhao
_____

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
izhao@lciinc.com