## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor: __Daniel Hojlo__

Chapter 13 Case No.: __18-16102-JKF__

I, __Daniel Hojlo__, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of __September - October__, 20__18__

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: __11/16/18__                                     X __Dan Hojlo__
                                                              Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.*

** *YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.*

*** *FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.*

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtors Name: Daniel Hojlo
Case Number: 18-16102-ELF
Business Name: Independent Consultant
For Month/Year: September-November 2017

| | September 2018 | October 2018 | November 2018 |
|---|---|---|---|
| **Business Income:** | | | |
| (1) Actual Gross Income | 0.00 | 0.00 | 0.00 |
| (2) Other Income | | | |
| (3) Other Income | | | |
| (4) Total Gross income | 0.00 | 0.00 | 0.00 |
| | | | |
| **Actual Business Expenses** | | | |
| (5) Rent/Lease | 0.00 | 0.00 | 0.00 |
| (6) Utilities (Electricity, Gas, Water/Sewer) | 0.00 | 0.00 | 0.00 |
| (7) Telephone/Cell Phone/Internet | 0.00 | 0.00 | 0.00 |
| (8) Insurance - Business/WC/Liability | 0.00 | 0.00 | 0.00 |
| (9) Wages - Employees | 0.00 | 0.00 | 0.00 |
| (10) Wages - Self/Owner | 0.00 | 0.00 | 0.00 |
| (11) Taxes - Sales/Employee Withholding | 0.00 | 0.00 | 0.00 |
| (12) Gas and Fuel for Vehicles | 0.00 | 0.00 | 0.00 |
| (13) Office Supplies | 0.00 | 0.00 | 0.00 |
| (14) Advertizing | 0.00 | 0.00 | 0.00 |
| (15) Cost of Goods Sold | 0.00 | 0.00 | 0.00 |
| (16) Total Business Expenses | 0.00 | 0.00 | 0.00 |
| | | | |
| (17) Net Business Income/Loss | 0.00 | 0.00 | 0.00 |
| (18) Net wages from Regular Employment (Average) | 0.00 | 0.00 | 0.00 |
| (19) Other Income: | 0.00 | 0.00 | 0.00 |
| (20) Total Net Monthly Income | 0.00 | 0.00 | 0.00 |
| | | | |
| **Personal Household Expenses** | | | |
| (21) Rent/Mortgage | 0.00 | 0.00 | 0.00 |
| (22) Utilities (gas, water, electric, fuel) | 190.00 | 190.00 | 0.00 |
| (23) Telephone, Cell Phone, Internet | 50.00 | 50.00 | 0.00 |
| (24) Food | 130.00 | 130.00 | 0.00 |
| (25) Auto Loan | 0.00 | 0.00 | 0.00 |
| (26) Other Installment Payment | 0.00 | 0.00 | 0.00 |
| (27) Other Expenses from Schedule I | 950.00 | 950.00 | 0.00 |
| (28) Total Personal Expenses | 1,320.00 | 1,320.00 | 0.00 |
| | | | |
| (29) CHAPTER 13 PLAN PAYMENT | 0.00 | 400.00 | 0.00 |
| (30) CASH FLOW CARRY OVER / PREVIOUS MONTH | 14,477.00 | 12,757.00 | 11,037.00 |
| | | | |
| (31) NET INCOME / LOSS | 13,157.00 | 11,037.00 | 11,037.00 |