# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| DANIEL HOJLO, | : | |
| Debtor | : | Bky. No.  18-16102 ELF |

# O R D E R

AND NOW, upon consideration of the Debtor's Application to Employ Real Estate Broker,

It is hereby ORDERED that:

1. The Motion is DENIED on the ground that it is not necessary for the Debtor to obtain court approval to retain a real estate broker to represent Debtor unless the broker is also representing the Trustee.

2. In order for the real estate broker to receive compensation or allowance of expenses from the proceeds of the sale of property of the bankruptcy estate, either:

    (a) the broker shall file an application in accordance with 11 U.S.C. §330 and In re Busy Beaver Building Centers, Inc., 19 F. 3d. 833 (3d Cir. 1994); or

    (b) the proposed compensation and the basis therefor shall be described with particularity in the Debtor's Motion for Authority to Sell the Real Estate and in the Notice of Motion required by L.B.R 9014-3(e).

**Date: December 7, 2018**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE