United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                         Case No. 18-16102-elf
Daniel Hojlo                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: DonnaR            Page 1 of 1            Date Rcvd: Dec 07, 2018
                           Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db             +Daniel Hojlo,    607 Bellflower Boulevard,    Warrington, PA 18976-1658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
      JEFFERY A. FOURNIER    on behalf of Debtor Daniel  Hojlo jefffournier@verizon.net
      JEROME B. BLANK    on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
      KEVIN M. BUTTERY    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Et al.
       kbuttery@rascrane.com
      REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Et al.
       bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         :         Chapter 13
    DANIEL HOJLO,                   :
       Debtor                          :         Bky. No.  18-16102 ELF

# O R D E R

**AND NOW,** upon consideration of the Debtor's Application to Employ Real Estate Broker,

It is hereby **ORDERED** that:

1. The Motion is **DENIED** on the ground that it is not necessary for the Debtor to obtain court approval to retain a real estate broker to represent Debtor unless the broker is also representing the Trustee.

2. In order for the real estate broker to receive compensation or allowance of expenses from the proceeds of the sale of property of the bankruptcy estate, either:

    (a) the broker shall file an application in accordance with 11 U.S.C. §330 and <u>In re Busy Beaver Building Centers, Inc.</u>, 19 F. 3d. 833 (3d Cir. 1994); or

    (b) the proposed compensation and the basis therefor shall be described with particularity in the Debtor's Motion for Authority to Sell the Real Estate and in the Notice of Motion required by L.B.R 9014-3(e).

**Date: December 7, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**