# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 18-16102-ELF

DANIEL  HOJLO

607 BELLFLOWER BOULEVARD

WARRINGTON, PA 18976

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DANIEL  HOJLO

    607 BELLFLOWER BOULEVARD

    WARRINGTON, PA 18976

**Counsel for debtor(s), by electronic notice only.**
    JEFFERY A FOURNIER
    2480-B DURHAM RD

    BRISTOL, PA 19007

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                            /s/ William C. Miller

Date: 12/13/2018

                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee