Certificate Number: 05781-PAE-DE-032473047

Bankruptcy Case Number: 18-16102



05781-PAE-DE-032473047

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 20, 2019, at 9:06 o'clock AM PDT, Daniel Hojlo completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 20, 2019                 By:    /s/Allison M Geving

Name:  Allison M Geving

Title:  President