# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: <br>     Daniel Hojlo <br>                       Debtor | : Chapter 13 <br> : <br> : <br> : Bankruptcy No. 18-16102-ELF <br> : <br> : Application for Compensation <br> : of Attorney Fees for Services <br> : Rendered from 9/12/2018 to 2/20/2019 |

## ORDER TO APPROVE COMPENSATION
## OF ATTORNEY FEES

AND NOW, this 4th day of April, 2019, upon consideration of Application for Compensation filed by Jeffery A. Fournier, and upon notice and a hearing it is hereby **ORDERED** that compensation of $5,309.00 reimbursement of expenses of $491.00 are **ALLOWED.** The Chapter 13 is Trustee is authorized to distribute $4,000.00 to Debtor's counsel as an administrative expense.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**