United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16102-elf
Daniel Hojlo                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Apr 04, 2019
                             Form ID: pdf900           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db             +Daniel Hojlo,    332 Independence Druve,    Holland, PA 18966-2793

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
        JEFFERY A. FOURNIER    on behalf of Debtor Daniel  Hojlo jefffournier@verizon.net
        JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
        KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Et al.
         kbuttery@rascrane.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Et al.
         bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                      TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **In Re:** | : **Chapter 13** |
|    **Daniel Hojlo** | : |
|             **Debtor** | : **Bankruptcy No. 18-16102-ELF** |
|  | : |
|  | : **Application for Compensation** |
|  | : **of Attorney Fees for Services** |
|  | : **Rendered from 9/12/2018 to 2/20/2019** |

### ORDER TO APPROVE COMPENSATION
### OF ATTORNEY FEES

AND NOW, this <u>4th</u> day of <u>   April   </u>, 2019, upon consideration of Application for Compensation filed by Jeffery A. Fournier, and upon notice and a hearing it is hereby **ORDERED** that compensation of $5,309.00 reimbursement of expenses of $491.00 are **ALLOWED.** The Chapter 13 is Trustee is authorized to distribute $4,000.00 to Debtor's counsel as an administrative expense.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**