United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-16102-elf
Daniel Hojlo                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Lisa                Page 1 of 1               Date Rcvd: Jun 13, 2019
                               Form ID: 138NEW           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
```
db            +Daniel Hojlo,    332 Independence Druve,    Holland, PA 18966-2793
14196842      +Bank of America NA,    P. O. Box 15227,    Wilmington, DE 19886-5227
14234051       Bank of America, N.A.,    PO BOX 31785,    Tampa FL 33631-3785
14259840      +Jeffery A. Fournier, Esquire,    2480-B Durham Road,    Bristol, PA 19007-6902
14196844      +KML Law Group PC,    BNY Independence Center, Suite 5000,    701 Market Street,
                Philadelphia, PA 19106-1538
14196843      +Nationstar Mortgage,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Phila., PA 19106-1541
14196845      +Phelan Hallinan Diamond & Jones LLP,    1617 JFK Blvd., Suite 1400,
                Philadelphia, PA 19103-1814
14205542      +RAS CRANE, LLC,    U.S. BANK NATIONAL,    BANKRUPTCY DEPARTMENT,
                10700 ABBOTT'S BRIDGE ROAD, SUITE 170,    DULUTH, GA 30097-8461
14219406       Thomas Song, Esq.,,    Phelan Hallinan Diamond & Jones, LLP,    c/o Bank of America,
                1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14213537      +U.S. BANK NATIONAL ASSOCIATION,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
14196846      +U.S. Bank NA, Trustee for Bank of America,    350 Highland Drive,    Lewisville, TX 75067-4177
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:18     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2019 03:31:58     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14196847      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:19     PA. Dept. of Revenue,
                Dept. 280948,    Harrisburg, PA 17128-0001
14198744       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:20
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA   17128-0946
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA   17128-0946
cr*            BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL   33631-3785
cr*            BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL   33631-3785
                                                                                   TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
```
              JEFFERY A. FOURNIER    on behalf of Debtor Daniel  Hojlo jefffournier@verizon.net
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Et al.
               kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Et al.
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Daniel Hojlo
    Debtor(s)

Bankruptcy No: 18−16102−elf
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 6/13/19

92 − 91
Form 138_new