United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-16102-elf
Daniel Hojlo                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Aug 02, 2019
                       Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2019.
db          +Daniel Hojlo,   332 Independence Druve,   Holland, PA 18966-2793

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2019 at the address(es) listed below:
        JEFFERY A. FOURNIER    on behalf of Debtor Daniel  Hojlo jefffournier@verizon.net
        JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
        KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Et al.
         kbuttery@rascrane.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Et al.
         bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                         TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Daniel Hojlo  : Case No. 18−16102−elf

    Debtor(s)

***ORDER***
_____

AND NOW, this day , August 2, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

96
Form 195